**No. 43305.**—Protest 187640–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.  Normandy lace similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43306.**—Protests 809796–G, etc., of Frank Allaire Co., Inc., et al. (New York).

Opinion by KINCHELOE, J.  On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43307.**—Protest 959621–G of S. J. Nicholas & Co. (Los Angeles).

Opinion by KINCHELOE, J.  It was found that while the rugs in question resemble rag rugs of the hit-and-miss variety they are certainly not made of rags and therefore are excluded from that provision.  On the record presented the claim as cotton chenille rugs at 40 percent under paragraph 921 was sustained.

**No. 43308.**—Protest 981912–G of R. C. A. Mfg. Co. (Los Angeles).

Opinion by KINCHELOE, J.  It was stipulated that the envelopes in question are made of wrapping paper lithographically printed.  They were held dutiable at 25 percent under paragraph 1409 and T. D. 47785 and 30 percent as lithographically printed under paragraph 1408.

BEFORE THE FIRST DIVISION, MARCH 4, 1940

**No. 43309.**—Protest 929490–G of S. Lisk & Bro. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of Abstract 32264 tin kazoos were held dutiable at 45 percent under paragraph 397 and squawker balloons similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409.

**No. 43310.**—Protest 912956–G of F. W. Woolworth Co. (Baltimore).

Opinion by TILSON, J.  From the record it was found that the harmonicas in question are similar to those involved in Abstract 40586.  The claim at 40 percent under paragraph 1541 was therefore sustained.